## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## DENVER DIVISION

| | |
|---|---|
| Che Chavez<br>109 E. 81st Place<br>Denver, CO 80221<br><br>      Plaintiff,<br><br>v.<br><br>National Check Processing, LLC<br>10605 Theresa Dr., Suite 6<br>Jacksonville, FL 32246<br><br>      Defendant. | Case No.:<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES<br>UNDER THE FAIR DEBT<br>COLLECTION PRACTICES ACT AND<br>OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

### JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

### FACTS COMMON TO ALL COUNTS

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7. On or around May 19, 2010, Defendant communicated with Plaintiff approximately 3 times.

8.  During these communications, Defendant falsely represented that Plaintiff committed check fraud.

9.  During these communications, Defendant falsely represented that Plaintiff committed a felony.

10. During these communications, Defendant threatened to have a warrant issued for Plaintiff's arrest if the debt was not paid that day.

11. On or around May 20, 2010, Defendant telephoned Plaintiff and left a voice message.

12. During this communication, Defendant represented that Plaintiff had one last chance to resolve the debt before Defendant initiated a lawsuit in Adams County.

13. During this communication, Defendant represented that Plaintiff would have to be bailed out of jail if a lawsuit was initiated.

14. At the time of these communications, Defendant had neither the intent nor ability to issue a warrant for Plaintiff's arrest.

15. At the time of these communications, Defendant had neither the intent nor ability to initiate a lawsuit against Plaintiff.

16. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

17. Defendant violated the FDCPA.

## <u>COUNT ONE</u>

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. Defendant violated 15 U.S.C. §1692e in that it falsely represented the character, amount, and/or legal status of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

20. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

21. Defendant violated 15 U.S.C. §1692e in that it threatened action that could not legally be taken and/or that was not intended to be taken.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

22. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

23. Defendant violated 15 U.S.C. §1692e by making misrepresentations during its communications with Plaintiff.

## COUNT FOUR

### Violation of the Fair Debt Collection Practices Act

24. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

25. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## JURY DEMAND

26. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

27. Plaintiff prays for the following relief:

    a.  Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

b.   For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:*/s/ Richard J. Meier*
Richard J. Meier, Esq.
Jeffrey S. Hyslip, Esq.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 866.339.1156
Fax: 312.822.1064
rjm@legalhelpers.com
jsh@legalhelpers.com
*Attorneys for Plaintiff*