UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02650-REB -KMT

Che Chavez**, Plaintiff,**

**v.**

National Check Processing, LLC**, Defendant.**
.

## MOTION FOR CLERK'S ENTRY OF DEFAULT

Now comes Plaintiff, by and through counsel, and pursuant to Federal Rule of Civil Procedure 55(a), respectfully moves this honorable Court to enter the default of defendant National Check Processing, LLC ("National") for failure to plead or otherwise defend this action. In support hereof, Plaintiff states as follows:

The clerk of court must enter a party's default when that party has failed to plead or otherwise defend against a claim for affirmative relief. Fed R. Civ. P. 55(a). In this action, a process server served National with the summons and complaint on December 14, 2010. S*ee* Doc.9. As such, National's answer was due on January 4, 2011. S*ee* Fed. R. Civ. P. 12(a)(1)(A)(i). As of today's date, National has failed to file or serve Plaintiff with a responsive pleading. National has failed to plead or otherwise defend this action.

WHEREFORE, Plaintiff respectfully requests that this honorable Court enter National's default upon the record.

                                      RESPECTFULLY SUBMITTED,

                                      Macey & Aleman, P.C.

                                      By:   /s/ Jeffrey S. Hyslip__
                                            Jeffrey S. Hyslip
                                            Attorney for Plaintiff
                                            The Sears Tower
                                            Suite 5150
                                            Chicago, IL 60606
                                            Telephone: 1.866.339.1156
                                            Jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2011 a copy of the foregoing Notice was filed electronically and the following parties were served by placing a copy of the same in the U.S. Mail.

National Check Processing, LLC
10605 Theresa Dr., Suite 6
Jacksonville, FL 32246

/s/ Jeffrey Hyslip