# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02650-REB-KMT

CHE CHAVEZ,

       Plaintiff,

v.

NATIONAL CHECK PROCESSING, LLC

       Defendant.

---

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

---

Now comes Plaintiff, by and through counsel, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, hereby moves this honorable Court to enter Default Judgment against Defendant National Check Processing, LLC. In support hereof, the following are filed contemporaneously with this motion:

    1. Supporting Memorandum of Law

    2. Affidavit of Plaintiff's Counsel

    3. Various Exhibits

1

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: <u>/s/ Jeffrey S. Hyslip</u>
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    233 S. Wacker Dr.
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2011 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served through U.S. Mail on March 7, 2011.

National Check Processing, LLC
10605 Theresa Dr., Suite 6
Jacksonville, FL 32246

<u>/s/ Jeffrey S. Hyslip</u>

2